**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DARRELL WATZ and KAY WATZ,

        Plaintiffs,                      Case No. 2:08-cv-10376

v.                                        HON. PATRICK J. DUGGAN

WAL-MART STORES, INC.,
a Delaware corporation,

        Defendant.
_____/

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs, Darrell Watz and Kay Watz, and Defendant Wal-Mart East, LP, on behalf of itself and the improperly named Defendant Wal-Mart Stores, Inc., by their counsel, hereby stipulate that this action be dismissed with prejudice and with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

By: s/ Kelly A. Powis
   Michael P. Palmer (P71753)
   BARNES & THORNBURG LLP.
   600 1st Source Bank Center
   100 North Michigan Street
   South Bend, IN 46601-1632
   Telephone: (574) 233-1171
   *michael.palmer@btlaw.com*

   Kelly A. Powis (Illinois 71876)
   BARNES & THORNBURG LLP
   300 Ottawa Avenue, NW, Suite 500
   Grand Rapids, Michigan 49503
   Telephone: (616) 742-3930
   *kelly.powis@btlaw.com*

   **ATTORNEYS FOR DEFENDANT**

By: s/ with consent of Donald L. Bramlage
   Donald L. Bramlage, Jr.
   30300 Northwestern Hwy., Ste. 111
   Farmington Hills, MI 48334
   Telephone: (248) 932-0100
   *dbramlagepc@comcast.net*

   Matthew M. Friedrich
   30300 Northwestern Hwy., Ste. 118
   Farmington Hills, MI 48334
   Telephone: (248) 932-0100
   *matt.friedrich@sbcglobal.net*

   **ATTORNEYS FOR PLAINTIFFS**

IT IS HEREBY ORDERED that this action be, and hereby is, DISMISSED with prejudice and with each party to bear their own costs and attorneys' fees.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 16, 2008  December 16, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 16, 2008 December 16, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager